*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1574                    Assigned/Issued By: tg

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP       ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
                                          _____
☐ Wage-Deduction Garnishment Summons      _____
                                          (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                          ☐ Other
☐ Writ _____              _____
       (Type of Writ)                     _____
                                          (Type of issuance)

_____ Original and _____ copies on _____ as to _____
                                         (Date)
_____

_____