IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALYNA WALKER, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 CV 1574 |
| | ) |
| v. | ) Judge Der-Yeghiayan |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) Magistrate Judge Valdez |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER**

Defendant, UNION PACIFIC RAILROAD COMPANY ("UP") by and through its attorneys and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves for a 30-day extension of time to answer or otherwise plead. In support hereof, Defendant states as follows:

1. This action was filed on March 18, 2008 and Defendant was personally served with a copy of the summons and complaint on March 26, 2008.

2. Defense counsel recently has been retained in this matter and is in the process of investigating the facts and circumstances surrounding the allegations of the complaint. Defendant requires an additional 30 days to complete its investigation and prepare and file its answer to the complaint.

3. Plaintiff's counsel, John Bishof, has been apprised of this motion and has no objection to the 30 days requested by Defendant.

4. This motion is made on the grounds stated herein and is not interposed for the purpose of delay.

WHEREFORE, Defendant requests that an order be entered granting it an additional 30 days, to May 15, 2008, to answer the Complaint.

- 2 -

UNION PACIFIC RAILROAD COMPANY


By: <u>Carol A. Poplawski</u>
       One of Its Attorneys

Carol A. Poplawski (#6192132)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220

Date:  April 15, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 15th day of April, 2008, she electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> John S. Bishof, Jr.
> LAW OFFICE OF JOHN BISHOF P.C.
> 77 West Washington Street, Suite 1910
> Chicago, IL 60602

/s/ Carol A. Poplawski

6221204.1