IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALYNA WALKER, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 CV 1574 |
| | ) |
| v. | ) Judge Der-Yeghiayan |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) Magistrate Judge Valdez |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   John S. Bishof, Jr.
      LAW OFFICE OF JOHN BISHOF P.C.
      77 West Washington Street, Suite 1910
      Chicago, IL 60602

PLEASE TAKE NOTICE that on **Thursday, April 24, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Samuel Der-Yeghiayan, United States District Court Judge, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in his place, and shall then and there present Defendant's Unopposed Motion for Extension of Time to Answer.

UNION PACIFIC RAILROAD COMPANY

By: <u>Carol A. Poplawski</u>
       One of Its Attorneys

Carol A. Poplawski (#6192132)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220
Date:  April 15, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 15th day of April, 2008, she electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>John S. Bishof, Jr.
>LAW OFFICE OF JOHN BISHOF P.C.
>77 West Washington Street, Suite 1910
>Chicago, IL 60602

>/s/ Carol A. Poplawski