IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALYNA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1574 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: John S. Bishof, Jr.
LAW OFFICE OF JOHN BISHOF P.C.
77 West Washington Street, Suite 1910
Chicago, IL 60602

PLEASE TAKE NOTICE that on **Wednesday, May 7, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Maria Valdez, United States District Court Magistrate Judge, in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in her place, and shall then and there present Defendant's Unopposed Motion for Extension of Time to Answer.

UNION PACIFIC RAILROAD COMPANY

By: Matthew S. Levine
One of Its Attorneys

Carol A. Poplawski (#6192132)
Matthew S. Levine  (#6293222)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220
Date:  April 24, 2008

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 24th day of April, 2008, he electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>John S. Bishof, Jr.
>LAW OFFICE OF JOHN BISHOF P.C.
>77 West Washington Street, Suite 1910
>Chicago, IL 60602

>/s/ Matthew S. Levine

6246678.1