## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Alyna Walker

                                  Plaintiff,

v.                                                                   Case No.: 1:08−cv−01574
                                                                                Honorable Maria Valdez

Union Pacific Railroad Company

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

       MINUTE entry before Judge Honorable Maria Valdez: Defendant's motion for extension of time to answer [11], [16] is granted. Presentment date of 5/7/08 on said motion is stricken. Initial status hearing set for 5/13/08 to stand. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.