IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALYNA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | NO: 08 CV 1574 |
| | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE VALDEZ |
| UNION PACIFIC RAILROAD COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | |

### INITIAL STATUS REPORT

The parties, Plaintiff, Alyna Walker, by and through his attorneys, John S. Bishof, Jr., who is lead counsel, and Jennifer Clark and Patricia Nikolaros, attorneys of record for plaintiff, and Defendant, Union Pacific Railroad Company, by and through its attorney, Carol Poplawski, who is lead counsel, and Matthew S. Levine, attorney of record for defendant, submit their Joint Initial Status Report as follows:

**1) Brief summary of claims and counterclaims**: Plaintiff claims he was discriminated against in violation of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq*; Title I of the Civil Rights Act of 1991; and Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C.A. §621; and jurisdiction is based on 28 U.S.C. §§ 1331, 1343. The plaintiff is a black male. Plaintiff alleges defendant discriminated against him based on race and age. There are no counterclaims in this case.

**2) Relief sought by plaintiff**: Plaintiff is seeking money damages in regards to back pay with prejudgment interest, loss of benefits, front pay/future earnings, emotional distress, loss of business reputation, costs, and attorneys fees.

**3) Status of pending motions**: None.

**4) Current discovery dates:** None

**Proposed fact discovery cut off date:** September 30, 2008

**Earliest date parties will be available for trial:** 30 days after dispositive motions decided

**5) Discovery completed:** None.

**Type of discovery needed**:  All parties intend to propound and respond to interrogatories and requests for production of documents.  Parties anticipate that the depositions of the parties and witnesses, and individuals directly involved in the occurrence described in the complaint may be taken.  Parties may retain experts.

**6)  Jury Trial Demanded:**  Yes

**7)  Status of settlement discussions:**  None at this time.


Respectfully submitted,                                                Respectfully submitted,

Alyna Walker                                                                      Union Pacific Railroad

By: s/ John S. Bishof, Jr.                                              By: s/ Carol A. Poplawski
       Lead Attorney                                                              Lead Attorney

John S. Bishof, Jr.                                                             Carol A. Poplawski
Law Office of John Bishof, PC                                     Ogletree Deakins Nash Smoak & Stewart
77 W. Washington St., Suite 1910                              20 S. Clark St., 25th Floor
Chicago, Illinois 60602                                                   Chicago, Illinois 60603