IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALYNA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | NO: 08 CV 1574 |
| | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE VALDEZ |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

YOU ARE HEREBY NOTIFIED that on May 6, 2008, there was filed electronically in the clerk's office of the United States District Court of Northern District of Illinois: **Initial Status Report** a copy of which is attached and served upon you.

/s John S. Bishof, Jr.
**John S. Bishof Jr. #213926**
Attorney for Plaintiff
Law Office of John Bishof P.C.
77 West Washington St., Suite 1910
Chicago, IL 60602
Ph: 312-630-2048
Fax: 312-630-2085
E-mail: jsbishof@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing documents, **Notice of Filing and Initial Status Report**, were served upon:

Carol A. Poplawski carol.poplawski@odnss.com, laura.frieberg@odnss.com

Matthew S. Levin:    matthew.levine@odnss.com

by electronic service through the ECF filing system of the Northern District of Illinois District Court on this 6th day of May, 2008 before the hour of 4:00 p.m.

s/ John S. Bishof, Jr.
John S. Bishof, Jr.
Law Office of John Bishof P.C.
77 West Washington St., Suite 1910
Chicago, IL 60602
Ph: 312-630-2048
Fax: 312-630-2085
