**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Alyna Walker
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01574
                                                Honorable Maria Valdez

Union Pacific Railroad Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Maria Valdez:Magistrate Judge Status hearing held on 5/13/2008 and continued to 8/12/08 at 9:30 a.m. Discovery ordered closed by 9/30/2008. Court inquire about settlement.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.